# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAESHACK, | CV F  06 1025 AWI SMS P |
| Plaintiff, | ORDER CONSOLIDATING CASE NOS. CV-F-06-1025 AWI SMS P AND CV-F-06-065-AWI-SMS-P |
| v. | ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE NO CV-F-06-065-AWI-SMS-P. |
| GREENOUGH, et. al., | ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT INCORPORATING ALL CLAIMS IN ACTIONS WITHIN THIRTY DAYS |
| Defendants. | |

Robert Maeshack ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 23, 2005, Plaintiff filed a complaint which was assigned Case No. CV-F-06-065-AWI-SMS-P. This Complaint raises an Eighth Amendment claim concerning lack of medical care for a rat-bite incurred by Plaintiff on April 24, 2004. Plaintiff also alleges a due process claim concerning his inmate appeals concerning medical care for the rat-bite.

On August 7, 2006, Plaintiff filed the instant second complaint (assigned case no CV-F-06-1025-AWI-SMS-P) naming different defendants but also concerning the lack of medical care for the rat-bite incurred on April 24, 2004.

On August 24, 2006, Plaintiff moved to consolidate both of his cases on the basis that the allegations stem from the same set of facts.

1

When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. Pro. 42(a).  Consolidation may be ordered on motion of any party or on the court's own motion whenever it reasonably appears that consolidation would aid in the efficient and economic disposition of a case.  See In re Air Crash Disaster at Florida Everglades on December 29, 1972, 549 F.2d 1006 (5th Cir. 1977).  The grant or denial of a motion to consolidate rests in the trial court's sound discretion, and is not dependant on party approval.  Investors Research Co. v. United States Dist. Ct., 877 F.2d 777 (9th Cir. 1989); Cantrell v. GAF Corp., 999 F.2d 1007, 1007, 1001 (6th Cir. 1993).  In determining whether to consolidate actions, the court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation.  Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc., 720 F. Supp. 805, 807 (N.D. Cal. 1989).

The Court finds that, based on its review of both complaints, the two cases can be consolidated.  Plaintiff SHALL submit an AMENDED COMPLAINT combining all of the allegations and defendants named in CV-F-06-1025-AWI-SMS-P and in CV-F-06-065-AWI-SMS-P.  Plaintiff is advised that Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  As a general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once Plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original Complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Accordingly, it is HEREBY ORDERED that:

1. Case number CV-F-06-1025-AWI-SMS-P be consolidated with CV-F-06-065-AWI-SMS-P;
2. Within THIRTY (30) days of the date of service of this Order, Plaintiff SHALL file an AMENDED COMPLAINT combining the allegations made in the amended complaint CV-F-06-1025-AWI-SMS-P filed August

1  7, 2006, and CV-F-06-065-AWI-SMS-P, filed on December 23, 2005;

2  3. Plaintiff SHALL caption the complaint "AMENDED COMPLAINT,"

3  reference the above case number and be an original signed under penalty

4  of perjury;

5  4. The Clerk of the Court SHALL administratively close case number CV-F-

6  06-65-AWI-SMS-P;

7  5. No further filings SHALL be allowed in CV-F-06-65-AWI-SMS-P; and

8  6. All future filings SHALL bear case number CV-F-06-1025-AWI-SMS-P.

9  IT IS SO ORDERED.

10  **Dated:   September 8, 2006**            **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE