1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | ROBERT MAESHACK,                              1:06-cv-01025 AWI SMS (PC)

12 |       Plaintiff,                             ORDER GRANTING MOTION
                                                 TO EXTEND TIME TO FILE SECOND
13 |   vs.                                        AMENDED COMPLAINT

14 | SCHWARZENEGGER, et al.,                      (DOCUMENT #9)

15 |       Defendants.                            THIRTY DAY DEADLINE

16 | _____/

17 |       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18 | 1983.  On August 5, 2008, Plaintiff filed a motion to extend time to file his second amended

19 | complaint.  Good cause having been presented to the Court and GOOD CAUSE APPEARING

20 | THEREFOR, IT IS HEREBY ORDERED that:

21 |       Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22 | his second amended complaint, pursuant to the court's order of July 10, 2008.

23 | IT IS SO ORDERED.

24 | **Dated:   August 14, 2008**            _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE

25
26
27
28